UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JACQUES DURR, M.D.,**

       Plaintiff,

vs.                                       Case No.  8:17-cv-03045-JSM-AEP

**DAVID SHULKIN, M.D.,** Secretary of
the Department of Veterans Affairs,

       Defendant.
_____/

**FIRST NOTICE OF FILING IN SUPPORT OF
PLAINTIFF'S MEMORANDUM IN OPPOSITION TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

    Plaintiff, JACQUES DURR, M.D. ("Plaintiff" or "Durr"), by and through his undersigned counsel, files the attached evidence in opposition to Defendant's Motion for Summary Judgment:

1. Deposition of Dominique Thuriere, M.D. dated May 9, 2017 in EEOC Case No. 510-2016-00302X and attached Exhibits 1-8.

2. Deposition of Dominique Thuriere, M.D. dated April 26, 2019 and attached Exhibits 1-22.

3. Deposition of Rachel Seybold dated May 12, 2017 in EEOC Case No. 510-2016-00302X and attached Exhibits 1-14.

4. Deposition of Rachel Seybold dated April 30, 2019 and attached Exhibits 1-21.

5. Deposition of Elamin Elamin, M.D. dated May 9, 2017 in EEOC Case No.

      510-2016-00302X.

6. Deposition of Suzanne Klinker dated August 8, 2018 and attached Exhibits 1-2.

7. Deposition of Jennifer Pearson, M.D. dated November 14, 2018 and attached Exhibits 1-4.

8. Deposition of Jacques Durr, M.D. dated September 25, 2018 and attached Exhibits 1-15.

9. Defendant's Responses to Third Request for Admissions.

10. Defendant's Responses to Third Set of Interrogatories.

11. Complaint in 8:11-cv-1837 filed August 16, 2011.

12. Docket Entries - 8:11-cv-1837.

13. Settlement Agreement.

14. News Article dated November 6, 2014.

15. Proficiency Report for Dr. Pearson - 2014.

      Respectfully submitted,

      /s/ Craig L. Berman
      Craig L. Berman
      Florida Bar No.: 068977
      BERMAN LAW FIRM, P.A.
      111 Second Avenue N.E, Suite 706
      St. Petersburg, Florida 33701
      Phone (727) 550-8989
      Fax (727) 894-6251
      craig@bermanlawpa.com

      **COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 3, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record:

Scott Park, Esq.
Scott.Park@usdoj.gov

*/s/ Craig L. Berman*
Attorney