UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JACQUES DURR, M.D.,**

       **Plaintiff,**

vs.                                  Case No.  8:17-cv-03045-JSM-AEP

**SECRETARY, DEPARTMENT
OF VETERANS AFFAIRS,**

       **Defendant.**
_____/

## NOTICE OF APPEAL

Plaintiff, JACQUES DURR, M.D., by and through his undersigned counsel, hereby appeals to the United States Court of Appeals for the Eleventh Circuit the decision dated August 2, 2019 granting summary judgment to Defendant (Doc. 40) and the final judgment entered thereon in favor of Defendant (Doc. 41).

                                  Respectfully submitted,

                                  */s/ Craig L. Berman*
                                  Craig L. Berman
                                  Florida Bar No.: 068977
                                  BERMAN LAW FIRM, P.A.
                                  111 Second Avenue N.E, Suite 706
                                  St. Petersburg, Florida 33701
                                  Phone (727) 550-8989
                                  Fax (727) 894-6251
                                  craig@bermanlawpa.com

                                  **COUNSEL FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on August 15, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record:

Scott Park, Esq.
Scott.Park@usdoj.gov

                                      */s/ Craig L. Berman*
                                      Attorney